# Court of Appeals
# of the State of Georgia

ATLANTA,     June 07, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0397.  JASON BRADLEY KALB v. THE STATE.**

Jason Kalb filed an application for discretionary review, seeking to appeal the trial court's order revoking his probation.  Kalb included a copy of the trial court's order with his application, but it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).  On May 21, 2012, this Court ordered Kalb to supplement his application within 10 days with a stamped "filed" copy of the order to be appealed. We noted that failure to comply with this directive would result in dismissal of the application.

Over 10 days have passed since we issued the May 21, 2012 order, and Kalb has not submitted a stamped "filed" copy of the trial court's order. Accordingly, Kalb's application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/07/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*